IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KAREN JONES,

Plaintiff,

vs.

SHIRLEY TROUTMAN, ROWAN WILSON, MADELINE SINGAS, JENNY RIVERA, VANESSA FANG, MICHAEL J. GARCIA, ANTHONY CANNATARO, CAITLIN J. HALLIGAN, KIMON THERMOS, SUZANNE ADAMS, DAKOTA RAMSEUR, CARMEN PACHECO, DIRECTOR KASH PATEL, DAWN HILL-KEARSE, WAVNY TOUSSAINT, BRIAN GOTLIEB, ERIC KOMITEE, MARGO BRODIE, JOHN P. BURNS, TODD BLACHE, TERESA L. RILEY, CAROL CRAWFORD, MARKWAYNE MULLIN, GENINE D. EDWARDS, ERIC GONZALEZ, LAURA TAYLOR SWAIN, EDGARDO RAMOS, TAMMI M. HELLWIG, JOHN SIEMIETKOWSKI, RICHARD VELASQUEZ, DAVID VENTULLA, HECTOR LASSALE, JOSEPH EDLOW, CRAIG SCHATZMAN, TANYA FAYE, JESSICA TISCH, DARRELL M. JOSEPH, JOY CAMPANELLI, DIANNE RENWICK, SUSANNA MOLINA ROJAS, JUDY KIM, DANIEL RAMOS, RICHARD MONTELIONE, JENNIFER R. CHAN, CHEREE BUGGS, and MARINA CORA MUNDY,

Defendants.

8:26CV709

MEMORANDUM AND ORDER

Plaintiff Karen Jones, a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis. Filing No. 2. Upon review of Plaintiff's Motion, the Court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is granted, and the Complaint shall be filed without payment of fees. Plaintiff is advised that the next step in her case will be for the Court to conduct an initial review of her claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court will conduct this initial review in its normal course of business.

Dated this 18th day of November, 2026.

BY THE COURT:

John M. Gerrard

John M. Gerrard
Senior United States District Judge